```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

RASHID ROBERTS, et al.          *

        Plaintiffs       *

       vs.                      * CIVIL ACTION NO. MJG-17-867

HARBOR GROUP MANAGEMENT CO.,    *
LLC, et al.
        Defendants       *

*     *     *     *     *     *     *     *     *

<u>MEMORANDUM AND ORDER</u>

The Court has before it Harbor Group Management Co., LLC and Harbor Group Management Co.'s Motion To Withdraw Notice Of Removal [ECF No. 18] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Notice of Removal [ECF No. 1] was filed based upon the Defendants' belief that neither Defendant was a Maryland citizen for diversity purposes. Defendants have ascertained, however, that prior to the filing of the case, Defendant Harbor Group Management Co., LLC had become a Maryland citizen for diversity purposes. Therefore, this Court lacks jurisdiction over the instant case due to due to the absence of diversity at the time suit was filed.

Accordingly:

    1.    Harbor Group Management Co., LLC and Harbor Group Management Co.'s Motion To Withdraw Notice Of Removal [ECF No. 18] is GRANTED.

2.  The case shall be remanded to state court by separate Order.

SO ORDERED, this Friday, April 28, 2017.

```
                              /s/
                        Marvin J. Garbis
                    United States District Judge
```